PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSH J. COLLINS,<br><br>Defendant. | Case No. 5:16-po-00324-CDB<br><br>Citation No.: FAUV005X CA-40<br><br>MOTION AND ORDER FOR DISMISSAL; AND RECALL OF WARRANT |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Jeffrey A. Spivak, Assistant United States Attorney, hereby moves to dismiss Case No. 5:16-po-00324-JLT (Citation No. FAUV005X CA-40) against JOSH J. COLLINS, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.  It is further requested that the warrant in this matter be recalled.

DATED:  July 11, 2023                                             Respectfully submitted,

                                                                              PHILLIP A. TALBERT
                                                                              United States Attorney

                                                          By:      /s/ *Jeffrey A. Spivak*
                                                                              JEFFREY A. SPIVAK
                                                                              Assistant United States Attorney

1

U.S. v. Collins
Case #5:16-po-00324-JLT

**O R D E R**

IT IS HEREBY ORDERED, on the motion of the United States of America pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, that Case No. 5:16-po-00324-CDB (Citation No. FAUV005X CA-40) against JOSH J. COLLINS be dismissed, without prejudice, and that the warrant in this matter be recalled, all in the interest of justice.

IT IS SO ORDERED.

Dated: **July 14, 2023**

_____
UNITED STATES MAGISTRATE JUDGE